Michael A. Sherman (SBN 94783)
michaelsherman@iplawllp.com
Jeffrey F. Gersh (SBN 87124)
jeffgersh@iplawllp.com
Wesley W. Monroe (SBN 149211)
wesmonroe@iplawllp.com
IP LAW GROUP, LLP
15030 Ventura Blvd., #166
Sherman Oaks, CA 91403
Telephone:  (818) 444-9270
Facsimile:   (818) 475-1332

Theodore S. Maceiko (SBN 150211)
ted@maceikoip.com
MACEIKO IP
420 2nd Street
Manhattan Beach, California 90266
Telephone:  (310) 545-3311
Facsimile:   (310) 545-3344

Sandeep Seth (SBN 195914)
ss@sethlaw.com
SETHLAW
Two Allen Center
1200 Smith Street, Suite 1600
Houston, Texas 77002
Telephone: (713) 244-5017
Facsimile:  (713) 244-5018

**Attorneys for Plaintiff**
**PERSONALWEB TECHNOLOGIES, LLC,**
**a  Texas limited liability company**

David D. Wier
david.wier@level3.com
Vice President and Assistant General Counsel
1025 Eldorado Boulevard
Broomfield, CO 80021
Telephone: (720) 888-3539

**Attorneys for Plaintiff**
**LEVEL 3 COMMUNICATIONS, LLC,**
**a  Delaware limited liability company**

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| PERSONALWEB TECHNOLOGIES, LLC, a Texas limited liability company, and LEVEL 3 COMMUNICATIONS, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>SMUGMUG, INC., a Delaware corporation,<br><br>Defendant. | Case No.5:18-cv-00172-NC<br><br>Magistrate: Nathanael M. Cousins<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

1  NOTICE IS HEREBY GIVEN, that pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), Plaintiff Personalweb Technologies, LLC., and Plaintiff, Level 3 Communications, voluntarily dismisses, without prejudice, the above-titled action against Defendant Smugmug, Inc.  This notice of dismissal is being filed with the Court berfore service by Defendant of either an answer or a motion for summary judgment.

DATED:  January 17, 2018               Respectfully submitted,


                                        IP LAW GROUP, LLP

                                        By: /s/ Michael A. Sherman
                                            Michael A. Sherman
                                            Jeffrey F. Gersh
                                            *Attorneys for Plaintiff*
                                            *PersonalWeb Technologies, LLC*

                                        SETHLAW
                                        Sandeep Seth
                                            *Attorneys for Plaintiff*
                                            *PersonalWeb Technologies, LLC*

                                        MACEIKO IP
                                        Theodore S. Maceiko
                                            *Attorneys for Plaintiff*
                                            *PersonalWeb Technologies, LLC*

                                        Law Office of David Wier
                                        David Wier
                                            *Attorneys for Plaintif*
                                            *Level 3 Communications, LLC*

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 15260 Ventura Blvd., 20th Floor, Sherman Oaks, California, 91403.

On January 17, 2018, I served the foregoing documents described as: **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** on all interested parties to this action as follows:

>Jerry R. Selinger • Partner
>PATTERSON + SHERIDAN LLP
>1700 Pacific Ave. Suite 2650, Dallas, TX 75201
>Main:     214.720.2200
>Direct:    214.272.0957
>Fax:        713.623.4846
>Email: JSelinger@pattersonsheridan.com

☐ **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF") FRCP, Rule 5(b)(2)(E)**  (Pursuant to controlling General Order(s) and Local Rule(s) ("LR"), the foregoing document will be served by the court via NEF and hyperlink to the document to counsel at the email address(es) listed above.

☒ **BY E-MAIL:** I caused the above-referenced document to be transmitted via e-mail from hcory@stubbsalderton.com to JSelinger@pattersonsheridan.com

☐ **(BY OVERNIGHT CARRIER)**  I caused the above-referenced document to be transmitted via FedEx to counsel at the address listed on the attached service list.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.  I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on January 17, 2018, at Sherman Oaks, California.

/S/ *Heather Cory*
HEATHER CORY