UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PERSONALWEB TECHNOLOGIES, LLC, ET AL., <br><br>　　　　　　Plaintiffs, <br><br>　　v. <br><br>AIRBNB, INC., <br><br>　　　　　　Defendant. <br><br>Related Cases: <br>*PersonalWeb Technologies, LLC et al v. Amicus FTW, Inc.*, 18-cv-00150 <br><br>*PersonalWeb Technologies, LLC et al v. Atlassian, Inc.*, 18-cv-00154 <br><br>*PersonalWeb Technologies, LLC et al v. Cloud 66, Inc.*, 18-cv-00155 <br><br>*PersonalWeb Technologies, LLC et al v. Curebit, Inc.*, 18-cv-00156 <br><br>*PersonalWeb Technologies, LLC et al v. Doximity, Inc.*, 18-cv-00157 <br><br>*PersonalWeb Technologies, LLC et al v. Fandor, Inc.*, 18-cv-00159 <br><br>*PersonalWeb Technologies, LLC et al v. Goldbely, Inc.*, 18-cv-00160 <br><br>*PersonalWeb Technologies, LLC et al v. GoPro, Inc.*, 18-cv-00161 <br><br>*PersonalWeb Technologies, LLC et al v. Heroku, Inc.*, 18-cv-00162 <br><br>*PersonalWeb Technologies, LLC et al v. Leap Motion, Inc.*, 18-cv-00163 <br><br>*PersonalWeb Technologies, LLC et al v. Lithium Technologies, Inc.*, 18-cv-00164 (closed) <br><br>*PersonalWeb Technologies, LLC et al v. Melian Labs, Inc.*, 18-cv-00165 | Case No.  18-cv-00149-BLF <br><br>**ORDER REGARDING BRIEFING ON MOTIONS TO STAY; AND GRANTING STIPULATIONS TO EXTEND TIME TO FILE OPPOSITIONS TO MOTIONS TO STAY** |

| | |
|---|---|
| 1 | *PersonalWeb Technologies, LLC et al v. MyFitnessPal, Inc.*, 18-cv-00166 |
| 2 | *PersonalWeb Technologies, LLC et al v. Optimizely, Inc.*, 18-cv-00167 (closed) |
| 3 | |
| 4 | *PersonalWeb Technologies, LLC et al v. Popsugar, Inc.*, 18-cv-00168 |
| 5 | *PersonalWeb Technologies, LLC et al v. Quotient Technology, Inc.*, 18-cv-00169 |
| 6 | *PersonalWeb Technologies, LLC et al v. Reddit, Inc.*, 18-cv-00170 |
| 7 | *PersonalWeb Technologies, LLC et al v. Roblox Corporation*, 18-cv-00171 |
| 8 | *PersonalWeb Technologies, LLC et al v. Smugmug, Inc.*, 18-cv-00172 (closed) |
| 9 | |
| 10 | *PersonalWeb Technologies, LLC et al v. Stitchfix, Inc.*, 18-cv-00173 |
| 11 | *PersonalWeb Technologies, LLC et al v. Stumbleupon, Inc.*, 18-cv-00174 |
| 12 | *PersonalWeb Technologies, LLC et al v. Teespring, Inc.*, 18-cv-00175 |
| 13 | *PersonalWeb Technologies, LLC et al v. Tophatter, Inc.*, 18-cv-00176 |
| 14 | |
| 15 | *PersonalWeb Technologies, LLC et al v. Venmo, Inc.*, 18-cv-00177 |
| 16 | *PersonalWeb Technologies, LLC et al v. Webflow, Inc.*, 18-cv-00178 |
| 17 | *PersonalWeb Technologies, LLC et al v. Square, Inc.*, 18-cv-00183 |
| 18 | *PersonalWeb Technologies, LLC et al v. Vend Inc. et al*, 18-cv-00196 |
| 19 | *PersonalWeb Technologies, LLC et al v. Merkle, Inc.*, 18-cv-00409 |
| 20 | |
| 21 | *Amazon.com et al v. PersonalWeb Technologies, LLC et al*, 18-cv-00767 |

The above-captioned thirty cases have been assigned to the undersigned judge as being deemed related under Patent Local Rule 2-1(a). The following three cases have been voluntarily dismissed: *PersonalWeb Technologies, LLC et al v. Lithium Technologies, Inc.*, 18-cv-00164; *PersonalWeb Technologies, LLC et al v. Optimizely, Inc.*, 18-cv-00167; *PersonalWeb Technologies, LLC et al v. Smugmug, Inc.*, 18-cv-00172. In one case (*Amazon.com et al v.*

*PersonalWeb Technologies, LLC et al*, 18-cv-00767), Amazon.com, Inc. and Amazon Web Services, Inc. ("Amazon") bring a declaratory judgment action against PersonalWeb Technologies, LLC and Level 3 Communications, LLC ("PersonalWeb"), seeking an order that enjoins PersonalWeb from pursuing certain patent claims against Amazon and its customers. Amazon represents that the defendants in the other related cases are its customers.

Before the Court are sixteen motions to stay filed by Defendants in the following sixteen cases:[1]

*PersonalWeb Technologies, LLC et al v. Atlassian, Inc.*, 18-cv-00154
*PersonalWeb Technologies, LLC et al v. Cloud 66, Inc.*, 18-cv-00155
*PersonalWeb Technologies, LLC et al v. Curebit, Inc.*, 18-cv-00156
*PersonalWeb Technologies, LLC et al v. Doximity, Inc.*, 18-cv-00157
*PersonalWeb Technologies, LLC et al v. GoPro, Inc.*, 18-cv-00161
*PersonalWeb Technologies, LLC et al v. MyFitnessPal, Inc.*, 18-cv-00166
*PersonalWeb Technologies, LLC et al v. Popsugar, Inc.*, 18-cv-00168
*PersonalWeb Technologies, LLC et al v. Quotient Technology, Inc.*, 18-cv-00169
*PersonalWeb Technologies, LLC et al v. Reddit, Inc.*, 18-cv-00170
*PersonalWeb Technologies, LLC et al v. Roblox Corporation*, 18-cv-00171
*PersonalWeb Technologies, LLC et al v. Stitchfix, Inc.*, 18-cv-00173
*PersonalWeb Technologies, LLC et al v. Stumbleupon, Inc.*, 18-cv-00174
*PersonalWeb Technologies, LLC et al v. Teespring, Inc.*, 18-cv-00175
*PersonalWeb Technologies, LLC et al v. Tophatter, Inc.*, 18-cv-00176
*PersonalWeb Technologies, LLC et al v. Webflow, Inc.*, 18-cv-00178
*PersonalWeb Technologies, LLC et al v. Vend Inc. et al*, 18-cv-00196

Defendants in the above sixteen cases have set a hearing on the motions to stay on April 27, 2018 at 9:00 a.m. The Court makes clear that it will hear only one motion to stay on that day. Because the sixteen motions are virtually identical, the Court will review those motions as one motion. PersonalWeb may file oppositions that are essentially identical in substance.[2] However,

---

[1] Defendants seek a stay of the actions pending the resolution of *Amazon.com et al v. PersonalWeb Technologies, LLC et al*, 18-cv-00767.
[2] The oppositions must be filed in each of the sixteen cases.

3

if PersonalWeb files different oppositions and thus requiring the Court to separately review the parties' briefing for each case, the Court will treat the motions as sixteen different motions and reschedule the hearings on the motions based on the Court's availability except for the first-filed motion. In that event, the Court advises the parties that hearings on the numerous motions may be spread throughout the year.

The parties in the above sixteen cases with pending motions to stay have filed virtually identical stipulations in each case. They request that the Court permit PersonalWeb to file its oppositions to the motions to stay on or before April 13, 2018. The Court GRANTS the stipulated requests. Accordingly, PersonalWeb shall file its oppositions to the motions to stay in the above sixteen cases **on or before April 13, 2018**. Defendants may file their replies **on or before April 20, 2018**.

**IT IS SO ORDERED.**

Dated: April 2, 2018

_____
BETH LABSON FREEMAN
United States District Judge